**COURTROOM DEPUTY MINUTES**          **DATE:**   May 30, 2006
**MIDDLE DISTRICT OF ALABAMA**

                                        **DIGITAL RECORDING:**    10:39- 10:44

√   **INITIAL APPEARANCE**
☐   **DETENTION HEARING**
☐   **REMOVAL HEARING (R.40)**
☐   **ARRAIGNMENT**
☐   **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☐   **PRELIMINARY EXAMINATION**

**PRESIDING MAG. JUDGE CHARLES S. COODY          DEPUTY CLERK: WANDA STINSON**

**CASE NO.  2:06MJ49-CSC          DEFT. NAME:  ORLANDO REYNA - JIMENEZ**

**USA:     TOMMIE HARDWICK          ATTY:   SAMUEL WALKER**
                                        Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( √ ) CDO ;
**USPTSO/ USPO:    RON THWEATT**
**Defendant    √   does   does NOT need an interpreter; NAME BEVERLY CHILDRESS**

√ Kars.          Date of Arrest    **5/30/06**          or      ☐  karsr40
√ kia.          Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
√ Finaff.       Financial Affidavit executed ☐ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel.
√ koappted      **ORAL ORDER** appointing Federal Defender   -   **Notice to be filed.**
☐ 20appt.       Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐              Deft. Advises he will retain counsel. Has retained _____
☐              Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐              Government's **WRITTEN** Motion for Detention Hrg. filed.
☐              **DETENTION HRG** ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** ☐ Set for_____
☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.       **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
☐ kbnd.        ☐ **BOND EXECUTED** (M/D AL charges) $ _____  Deft released (kloc LR)
               ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
√ Loc.(LC)      Bond **NOT** executed. Deft to remain in Marshal's custody
☐ ko.          Deft. **ORDERED REMOVED** to originating district
√ kwvprl.       Waiver of √ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐              Court finds **PROBABLE CAUSE** Defendant bound over to the Grand Jury.
☐ Karr.        **ARRAIGNMENT** SET FOR:_____ ☐ **HELD**. Plea of **NOT GUILTY** entered.
               ☐ **Trial Term** _____;     ☐ **PRETRIAL CONFERENCE DATE:** _____
               ☐ **DISCOVERY DISCLOSURES DATE:** _____
☐ Krmknn.      **NOTICE** to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.     Identity/Removal Hearing set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
☐ Kwvspt       **Waiver of Speedy Trial Act Rights Executed**.

Deft waives preliminary hearing. Defendant remanded to custody of the USMS pending further proceedings.