IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )    CASE NO: 2:06-mj-49-CSC |
| | ) |
| **ORLANDO REYNA-JIMENEZ** | ) |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **ORLANDO REYNA-JIMENEZ**, in the above-styled matter.

Dated this 2nd day of June 2006.

    Respectfully submitted,

    s/Christine A. Freeman
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Defendant
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL:  (334) 834-2099
    FAX:  (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-mj-49-CSC** |
| ) | |
| **ORLANDO REYNA-JIMENEZ** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tommie B. Hardwick, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN
TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org